**Order filed December 8, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-20-00668-CV
_____

**SHELLY  R. ROWLANDS, Appellant**

**V.**

**BRADLEY J. HARTZOG AND TOMBALL FOREST EXPRESS, LLC,**
**Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-82895**

---

## O R D E R

Appellant's brief was due November 30, 2020.No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **December 30, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Hassan.